IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : COURT NO. 4:09-mj- 250 (GMF) |
| MARY R. MILLS | : |

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

VIOLATION No.1824130

That on or about October 16, 2009, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, MARY R. MILLS, did unlawfully take and carry away with intent to steal and purloin one (1) pair of earrings; of the goods and property of the Army and Air Force Exchange Service, in violation of Title 18, United States Code Section 641.

G.F. PETERMAN, III
ACTING UNITED STATES ATTORNEY

BY: DAVID J. LONG
SPECIAL ASSISTANT UNITED STATES ATTORNEY