PROB 49
(3/89)

# United States District Court
## Middle District of Georgia

### Waiver of Hearing to Modify Conditions of Probation

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my choosing.

I hereby voluntarily waive my statutory rights and to assistance of counsel. I also agree to the following modification of my Conditions of Probation:

**The defendant shall pay the entire balance of the monetary obligation at the rate of no less than $60.00 per month, due by the third day of each month beginning in March 2010. The Court imposed payment schedule shall not prevent statutorily authorized collection efforts by the United States Attorney. The defendant shall cooperate fully with the United States Attorney and the United States Probation Office to make payment in full as soon as possible.**

SIGNED the _14th_ day of _April_, 2010.


_____
Susan Moore
U.S. Probation Officer

_____
Mary R. Mills
Dkt. No. 4:09-MJ-250-001