UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
120 TWELFTH STREET
P.O. BOX 124
COLUMBUS, GEORGIA 31902-0124

GREGORY J. LEONARD, Clerk
Telephone: (706) 649-7816
Facsimile:  (706) 649-7790

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

June 22, 2010

Clerk, U.S. District Court
Western District of Texas
A500 Federal Building
727 East Durango Boulevard
San Antonio, TX 78206

  Re: Transfer from the Middle District of Georgia
     To Texas - Western District Court
     USA v. Mills
     GAMD Case No. 4:09-MJ-250-001 (GMF)

Dear Clerk:

  Pursuant to the enclosed Order filed June 22, 2010, transferring jurisdiction, the above-referenced probationer has been transferred to your district. Please find enclosed a certified copy of the transfer Order, indictment/information, judgment, and docket sheet.

  Please acknowledge receipt of this package and also note your court's case number on the attached copy of this letter and return to us in the enclosed envelope.

           Sincerely,

           Gregory J. Leonard, Clerk

           S/ Terrie L. Smith
           Deputy Clerk

---

Receipt of the above-described documents is hereby acknowledged.

          Clerk, U.S. District Court


Date:        By:_____
           Deputy Clerk
           Texas - Western District Court

          Case #:_____